78, 384-02, 03

June 14, 2015

CCA Clerk's Office

P.O. Box 12308

Capitol Station

Austin, Texas 78711

**Direct Response to:**

Danielle Deroven

Dc # 1601214

J.B. Connally Unit

899 FM 632

Kenedy, Texas 78119

RE: Danielle Deroven v. William Stephens

Case No. / Style: 2008CR7466A / 2008CR7467A

Filed: July 31, 2014 (Pending)

Dear Clerk:

Enclosed please find one (1) original letter addressed to Hon. Judges presiding over the above styled and numbered causes. Please file this, and bring it to the attention of the Court. Any inquiries concerning the status of my pending applications would be appreciated.

/s/ Danielle Deroven

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

JUN 17 2015

Abel Acosta, Clerk

June 14, 2015

CRA Honorable Judges
P.O. BOX 12308
Capitol Station
Austin, Texas 78711

RE: Danielle Deroven v. William Stephens
    Case No./Style: 2008CR7466A/2008CR7467A
    Filed: July 31, 2014 (Pending)

Dear Hon. Judges;

This is to inform the Court of material witness Jamael White's current address change in regards to the pending case. See Deroven v. Williams, Director, 2008CR7466A/2008CR7467A. Mr. White has since been released from Texas Department of Criminal Justice (TDCJ). On August 21, 2013, Mr. White provided an affidavit exculpatory to pending case. See Writ of Habeas Corpus/memorandum of law, Exhibit B.

Applicant Danielle Deroven filed a request for the Court to issue Writ of Habeas Corpus AD Testificandum pursuant to USC § 2241-(c)(5) for the production of Mr. Jamael White's testimony.

OPTIONAL: If the Hon. Court have interest about Mr. White's testimony, you may contact him at (210) 762-8036 (home phone). Jamael White, 106 Fargo, San Antonio, Texas 78220 (home address).

/S/Danielle Deroven